### W. F. MORGAN v. STATE OF FLORIDA

15 So. (2nd) 765                                           June Term, 1943
December 7, 1943                                           Division A

*R. E. Cowart,* for appellant.

*J. Tom Watson,* Attorney General, and *John C. Wynn,* Assistant Attorney General, for appellee.

PER CURIAM:

This cause is before us on transcript of record and motion to dismiss on the ground that no brief has been filed here by appellant, though long over-due.

As this appeal brings for review a judgment of conviction of a felony, we have carefully examined the transcript of the record to determine whether or not any reversible error is therein made to appear and, finding none, the judgment is affirmed.

So ordered.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.